Appeal No. 78-291. WOONSOCKET HISTORICAL SOCIETY *v.* THE CITY OF WOONSOCKET *et al.* This case is before the court on the plaintiff's motion for an order enjoining the defendants City of Woonsocket and the Redevelopment Agency of the City of Woonsocket from implementing the demolition of the Club Marquette Building, pending appeal.

After considering the arguments of opposing parties, this court concludes that justice requires at this time that the plaintiff's motion for a stay be granted. Plaintiff is required, however, to file a bond in the amount of $10,000 cash or with corporate surety within 5 days. Failure to comply with this order will result in the stay being dissolved without further hearing. *Michael A. Abatuno, Angelo Marocco*, for plaintiff. *Zimmerman, Roszowski & Brenner, Gerald M. Brenner, Thomas J. Kane*, for defendants.

Appeal No. 78-359. ANTHONY MARSHALL *v.* KAISER ALUMINUM & CHEMICAL CORP. The decree of the Worker's Compensation Commission entered August 8, 1978 is stayed until further order of this court. Respondent's motion for stay of the operation and effect of said decree pending appeal is assigned to the November, 1978 calendar for oral argument.

Mr. Justice Doris is of the opinion that the motion for stay should be denied. *Lovett & Linder, Raul L. Lovett*, for petitioner. *Cameron P. Quinn*, for respondent.

October 19, 1978.

M. P. No. 78-131. MRS. RUDOLPH JAWORSKI, *p.p.a. et al. v.* SCHOOL COMMITTEE OF PAWTUCKET. The petition for writ of certiorari is denied. *Oster, Fay, Groff & Prescott, George M. Prescott*, for petitioners. *Joseph V. Cavanagh*, for respondent.